## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re:  Charlotte Gaines Edwards | Case No. 15-34209-KLP |
| **Debtor** | Chapter 13 |

## **WITHDRAWAL**

Comes now, counsel for Debtor and submits this withdrawal to remove from the docket document no. 11 which was filed unnecessarily.

Date: 8/28/2015August 28, 2015      By: /s/ Deanna H. Hathaway (VSB #44150)
Deanna H. Hathaway (VSB #44150)
Hathaway Adair, P.C.
710 N. Hamilton Ave
Ste 210
Richmond, VA 23221
Phone: (804) 257-9944